IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-179-F

| | | |
|---|---|---|
| J & J Sports Productions, Inc. | ) | |
|     Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| West Side Stories and Warrick F. Scott | ) | |
|     Defendants | ) | |

Plaintiff, J & J Sports Productions, Inc., has moved for Entry of Default against Defendant, West Side Stories pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend.

In reviewing the Court's docket, the undersigned finds that Defendant West Side Stories has filed a Motion to Dismiss Plaintiff's Complaint (Docket Entry #20) on January 27, 2011.

Based on the foregoing, Plaintiff's Motion for Entry of Default as to Defendant West Side Stories is hereby DENIED as moot.

SO ORDERED, this ___ day of January, 2011.

_____
Dennis P. Iavarone, Clerk of Court