UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CV-179-F

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WEST SIDE STORIES, et al., | ) | |
| Defendants. | ) | |

The court has been informed that the parties have settled and compromised all matters in controversy in the above-captioned action. Accordingly, it hereby is ORDERED that this action is DISMISSED without prejudice to any party to reopen should settlement not be consummated within fifteen (15) days of the filing date of this order. The parties are DIRECTED to file their Stipulation of Dismissal *with prejudice* on or before **August 1, 2012.**

The Clerk of Court is DIRECTED to remove this action from the court's August 6, 2012, trial calendar, as well as the July 18, 2012, pretrial calendar.

SO ORDERED.

This the 13th day of July, 2012.

_/s/ James C. Fox_
James C. Fox
Senior United States District Judge